IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KHALID ALDUAIJ,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:25 -cv-538 |
| v. | ) | |
| | ) | |
| **KRISTI NOEM,** *et al*. | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM ORDER**

Plaintiff Khalid Alduaij has filed this civil action against Kristi Noem, U.S. Secretary of Homeland Security, and Todd Lyons, the Acting Director of U.S. Immigration and Customs Enforcement ("ICE"), based on ICE's termination of Plaintiff's Student and Exchange Visitor Information System ("SEVIS") record. The case has been assigned to the undersigned on the basis of Plaintiff's representation that this case is related to Civil Action No. 1:25-cv-103.

Pursuant to Local Civil Rule 40(D)(2),

> civil actions are deemed related when an action filed relates to property included in another action, or involves the same issue of fact, or it grows out of the same transaction as another action, or involves the validity or infringement of a patent involved in another action[.]

Where, as here, an indication of "relatedness" has been made on the civil cover sheet, "the Clerk of Court shall assign the case to the same Judge to whom the lower numbered related case is assigned[.]" LCvR 40(E)(1). That Judge may then "reject the assignment if the Judge determines that the cases are not related or the assignment does not otherwise promote the convenience of the parties or witnesses or the just and efficient conduct of the action." *Id.*

Here, it appears that the within civil action is not truly "related" to Civil Action No. 1:25-cv-103. Although this case raises legal challenges similar to those asserted in Civil Action No. 1:25-cv-103, it does not appear that the two lawsuits involve the same issue of fact or "grow[ ]

out of the same transaction[.]" LCvR 40(D)(2).  In addition, the present assignment does not otherwise promote the convenience of the parties or witnesses or the just and efficient conduct of the action.  Unlike the plaintiff in Civil Action 1:25-cv-103, the Plaintiff in this case is a resident of Pittsburgh and was attending college there at the time his SEVIS record was terminated.  Further, it appears the stated basis for that termination may differ from that which is at issue in Civil Action 1:25-cv-103.

Accordingly, IT IS ORDERED, this 23rd day of April, 2025, that the assignment of the within case to the undersigned is rejected, inasmuch as the within case is not related to Civil Action No. 1:25-cv-103, and/or the assignment does not otherwise promote the convenience of the parties or witnesses or the just and efficient conduct of the action.  LCvR 40(E)(1).

_____
Susan Paradise Baxter
United States District Judge