# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KHALID ALDUAIJ | ) |
| | ) Civil Action No. 2:25-cv-000538-MRH |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| KRISTI NOEM ET AL., | ) |
| | ) |
| Defendants. | ) |

## ORDER FOR THE RETURN OF CASH BOND

AND NOW, this __5th__ day of _____June_____, 2025, pursuant to ORDER ACCEPTING JOINT STIPULATION AND MATTERS STATED THEREIN, VACATING TEMPORARY RESTRAINING ORDER, EXONERATING SECURITY, AND DISMISSING ACTION WITHOUT PREJUDICE entered on 05/02/2025 at ECF No. 22:

IT IS HEREBY ORDERED and DIRECTED that the Clerk of Court of the Western District of Pennsylvania return the cash bond held in the local Registry in the amount of **$100.00** to:

**KHALID ALDUAIJ**
**1818 TEAL TRACE ROAD**
**PITTSBURGH, PA 15237**

_Jennifer M. Tully_
Prepared by

_____s/ Mark R. Hornak_____
United States District Judge